# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATCHY TECHNOLOGY PRIVATE LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>TATA COMMUNICATIONS (AMERICA) INC.,<br><br>    Defendant. | Case No. 22-725-CJB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2023, a copy of Plaintiff's First Set of Requests for Production to Defendant Tata Communications (America) Inc. (Nos. 1-56) was served on the following counsel via email:

Neal C. Belgam
Daniel A. Taylor
Smith Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
Wilmington, DE 19801
nbelgam@skjlaw.com
dtaylor@skjlaw.com

Jeffrey I. Kaplan
Kaplan Breyer Schwarz, LLP
90 Matawan Road, Suite 201
Matawan, NJ 07747
jkaplan@kbsiplaw.com

Michael R. Gilman
Kaplan Breyer Schwarz, LLP
600 Third Avenue, 2nd Floor
New York, NY 10016
mgilman@kbsiplaw.com

|  |  |
|---|---|
| Dated: May 30, 2023 | PHILLIPS MCLAUGHLIN & HALL, P.A.<br><br>*/s/ David A. Bilson*<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>Telephone: (302) 655-4200<br>Facsimile:  (302) 655-4210<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com<br><br>*Attorneys for Plaintiff* |