# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WATCHY TECHNOLOGY PRIVATE LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>TATA COMMUNICATIONS (AMERICA) INC.,<br><br>          Defendant. | C.A. No. 22-725-CJB |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiff Watchy Technology Private Limited ("Plaintiff") and Defendant Tata Communications (America) Inc. ("Defendant") (collectively, "the Parties") have engaged in, and continue to engage in, discussions related to the resolution of this matter;

WHEREAS, the Parties have begun to engage in discovery and have made their initial disclosures;

WHEREAS, the next deadline on the case schedule is for Defendant to disclose its initial invalidity contentions on December 11, 2023;

WHEREAS, the Parties agree that extending all scheduled deadlines by sixty (60) days will further facilitate these discussions; and

WHEREAS, the undersigned counsel hereby certify that they have provided a copy of this request to their clients in compliance with District of Delaware Local Rule 16.4(b).

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court, that all deadlines be extended to at least February 7, 2024, on which date, the Parties shall submit a status report and a proposed amended case schedule, beginning with Defendant's disclosure of initial invalidity contentions.

Dated: December 7, 2023

| PHILLIPS MCLAUGHLIN & HALL, P.A. | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ David A. Bilson* <br> John C. Phillips, Jr. (No. 110) <br> David A. Bilson (No. 4986) <br> 1200 North Broom Street <br> Wilmington, DE 19806-4204 <br> Telephone: (302) 655-4200 <br> Facsimile: (302) 655-4210 <br> jcp@pmhdelaw.com <br> dab@pmhdelaw.com <br><br> *Attorneys for Plaintiff Watchy Technology Private Limited* | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Defendant Tata Communications (America) Inc.* |

SO ORDERED this _____ day of December, 2023.

_____
United States Magistrate Judge